UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | **CV 15-04429-DMG (PJWx)** | Date | August 14, 2015 |
|---|---|---|---|

| Title | ***Patrick G. Whalen, et al. v. Wells Fargo Home Mortgage, et al.*** |
|---|---|

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Ingrid Valdes/ Kane Tien | Maria Bustillo |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Jennifer Whalen, Pro Se | Artin Betpera |
| Patrick G. Whalen, Pro Se | |

**Proceedings:   DEFENDANT'S RULE 12(b)(6) MOTION TO DISMISS PLAINTIFFS'
COMPLAINT [8]**

**ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**

The cause is called and counsel state their appearance.  The Court invites counsel to respond to the tentative ruling.  Following oral argument, the Court advises counsel that the matter shall be taken under submission and a written order will issue.

The Court and counsel confer regarding the participation in the Loan Modification Mediation Program ("LMMP"). The Court will issue an order on LMMP.

: 11